UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

WILLIAM LINTAG UPHAM

CASE NO.  3:26-cr-156-MMH-MCR
18 U.S.C. § 871(a)
(Threat against the President of
the United States)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Threat to Kill the President of the United States)**

On or about July 13, 2026, and continuing through on or about July 15, 2026, in the Middle District of Florida, the defendant,

WILLIAM LINTAG UPHAM,

did knowingly and willfully make a threat to take the life of and inflict bodily harm upon the President of the United States, specifically the defendant posted a video online in which he wore a military uniform and said, in part, that it was a "call to arms" and provided instructions on how to "overthrow President Trump," including two shots to the chest and one shot to the head. The defendant posted a second video in which he stated, in part, that the President of the United States is the "Antichrist," and a "false Messiah," and that he "must be killed." The defendant also sent an email to Individual-1 stating, in part, that the defendant "will kill President Trump at the time that God chooses, not when I choose," with the intent to communicate a true

threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 871(a).

A TRUE BILL,

GREGORY W. KEHOE,
United States Attorney

By: _____
KELLI A. SWANEY
Assistant United States Attorney

By: _____
RACHEL LASRY
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
7/20/26 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

WILLIAM LINTAG UPHAM

INDICTMENT

Violations:   Ct. 1:   18 U.S.C. §§ 871(a)

A true bill,

Filed in open court this _22nd_ day of July 2026.

_____
Clerk

Bail   $_____

GPO 863 525