**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**vs.** **Case No.: 3:26-cr-156-MMH-LLL**

**WILLIAM LINTAG UPHAM**

---

**MOTION TO DETERMINE COMPETENCY OF DEFENDANT**

Undersigned counsel, pursuant to 18 U.S.C. § 4241, respectfully requests that this Court order that a psychiatric or psychological examination of the defendant be conducted to determine Mr. Upham's mental competency. Undersigned counsel has reason to believe that Mr. Upham may "be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable . . . to assist properly in his defense." *See* 18 U.S.C. § 4241(a).

Dated: August 18, 2026.

**CHARLES L. PRITCHARD, JR.**
**FEDERAL PUBLIC DEFENDER**

*Respectfully Submitted By:*

***s/ Scott T. Schmidt***
Scott T. Schmidt
Assistant Federal Defender
Florida Bar No. 92534
200 West Forsyth Street, Suite 1240
Jacksonville, FL 32202
Telephone:(904)232-3039/Fax:(904) 232-1937
Email: scott_schmidt@fd.org