UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 3:26-cr-156-MMH-LLL

WILLIAM LINTAG UPHAM

**UNITED STATES' RESPONSE TO DEFENDANT'S**
**MOTION FOR TO DETERMINE COMPETENCY, DOC. 24**

On August 18, 2026, counsel for defendant, Scott Schmidt, filed a Motion for Psychiatric Exam to Determine Competency (Doc. 24). The United States has no objection to the defendant's motion.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *<u>/s/Kelli A. Swaney</u>*
KELLI A. SWANEY
Assistant United States Attorney
Florida Bar No. 91759
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6100
E-mail: kelli.swaney@usdoj.gov