FILED - USDC - FLMD - JAX
AUG 31 2026 PM1:29

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

Case No.: 3:26-CR-156-MMH-LLL

WILLIAM LINTAG UPHAM,
Defendant,
_______________________/

MOTION TO INVOKE RIGHT TO SPEEDY TRIAL

I. I, William Lintag Upham, invoke my constitutional right to speedy trial in 3:26-CR-156-MMH-LLL.

II. The Sixth Amendment of the US Constitution establishes that a Defendant has the right to a speedy trial.

III. The Defendant has the responsibility for asserting a speedy trial claim.

IV. WHEREFORE, I respectfully request your Honor to grant this motion.

By: ____________________
William Lintag Upham
Defendant