William Upham
BC5026MNI0003600
Baker Co Detention Center
PO Box 1629
Macclenny, FL 32063

JACKSONVILLE RPDC 320
27 AUG 2026 PM 2 L

USA ★ FOREVER

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIV
300 North Hogan Street
Jacksonville, FL 32202

32202-422625

INMATE CORRESPONDENCE

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019