AUG 31 2026 PM1:28 FILED - USDC - FLMD - JAX

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v. Case No.: 3:26-CR-156-MMH-LLL

WILLIAM LINTAG UPHAM,
Defendant,

______________________/

MOTION TO PROCEED PRO SE

I. I, William Lintag Upham, the Defendant in 3:26-CR-156-MMH-LLL, move to proceed pro se.

II. Under FRCP 44, a Defendant has the right to proceed pro se in federal court.

III. Furthermore, the Supreme Court in Adams v. US ex rel. McCann provides that the Sixth Amendment includes an affirmative constitutional right of self-representation in federal criminal proceedings.

IV. A Defendant in a criminal trial has a constitutional right to proceed without counsel when the Defendant knowingly, voluntarily, and intelligently elects to do so.

V. WHEREFORE, I respectfully request that your Honor grant this motion.

By: [signature]
William Conley Upham
Defendant