**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA CASE NO. 3:26-cr-156-MMH-LLL
v.
WILLIAM LINTAG UPHAM

Counsel for Government:
Kelli Swaney

Counsel for Defendant:
Scott Schmidt

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Timothy Luksha

Court Reporter: Heather Randall

## CLERK'S MINUTES

**PROCEEDINGS OF: CRIMINAL STATUS CONFERENCE**

Defendant moves to continue trial.

The Government has no objection to the continuance.

Defendant's ore tenus motion to continue the trial is **GRANTED**. For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial. All time from now until the end of the November 2026 trial term shall be excludable time.

**CASE RESET:**

| | |
|---|---|
| **Status:** | **October 19, 2026, at 3:00 p.m.** |
| **Trial Term Commencing:** | **November 2, 2026, at 9:00 a.m.** |

DATE: September 21, 2026 TIME: 3:09 p.m. – 3:11 p.m. Total: 2 Minutes