**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 3:26-cr-156-MMH-LLL**

**WILLIAM LINTIG UPHAM**
________________________________________/

**DEFENDANT'S UNOPPOSED MOTION TO SEAL PSYCHOLOGICAL REPORT**

Defendant **William Lintig Upham**, through counsel and pursuant to Fed. R. Crim. P. 49.1(d), moves the Court to direct the Clerk to seal the Psychological Evaluation Report and as grounds states the following:

1. On July 30, 2026, Mr. Upham entered a Plea of Not Guilty to Count One of the Indictment charging him with Threat against the President of the United States 18 U.S.C. 871(a). (Doc 16).

2. On August 18, 2026, Counsel filed a Motion to Determine Competency of Defendant. (Doc 24). The court ordered a competency evaluation and scheduled a Competency Hearing for October 14, 2026. (Doc 28).

3. At the Hearing, a Psychological Evaluation Report was entered into evidence via stipulation.

4. Undersigned counsel requests that the Psychological Evaluation

Report be sealed to prevent the disclosure of Mr. Upham's protected health information.

5. AUSA Kelli Swaney is unopposed to the Evaluation Report being sealed.

Dated: October 20, 2026.

**CHARLES L. PRITCHARD, JR.**
**FEDERAL PUBLIC DEFENDER**

*Respectfully Submitted By:*

***s/ Scott T. Schmidt***
Scott T. Schmidt
Assistant Federal Defender
Florida Bar No. 92534
200 West Forsyth Street, Suite 1240
Jacksonville, FL 32202
Telephone:(904)232-3039
Fax:(904) 232-1937
Email: scott_schmidt@fd.org