**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA CASE NO. 3:26-cr-156-MMH-LLL
v.
WILLIAM LINTAG UPHAM

Counsel for Government:
Elisibeth Adams for Kelli Swaney

Counsel for Defendant:
Scott Schmidt

**HONORABLE MARCIA MORALES HOWRAD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles

Court Reporter: Katharine Healey

**CLERK'S MINUTES**

**PROCEEDINGS OF: CRIMINAL STATUS CONFERENCE**

The parties jointly move to continue the trial.

Joint ore tenus motion to continue the trial is **GRANTED**. For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial. All time from now until the end of the February 2027 trial term shall be excludable time.

**CASE RESET:**
**Status:** **January 19, 2027, at 3:00 p.m.**
**Trial Term:** **February 1, 2027, at 9:00 a.m.**

Plea deadline: **January 25, 2027**

Date: October 19, 2026 Time: 3:14 p.m. – 3:16 p.m. Total: 2 Minutes