United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

**v.** **NO. 3:26-cr-156-MMH-LLL**

**WILLIAM LINTAG UPHAM**

---

**Clerk's Minutes**

Proceeding: Competency Hearing

| | | | |
|---|---|---|---|
| Judge | Laura Lothman Lambert<br>United States Magistrate Judge | Date and Time | 10/14/2026<br>11:00 a.m.- 11:17 a.m. |
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for United States | Kelli Swaney, Assistant United States Attorney | Counsel for Defendant | Scott Schmidt, Esquire |
| Court Reporter | Heather Randall | Pretrial | None Required |

Parties advised the Court that they stipulate to Dr. Demery's report opining defendant is incompetent to proceed.

The report, stipulated to by the parties, is accepted as the only evidence to be received by the Court on the issue of competency.

Without objection, Court admits Dr. Demery's report as United States Exhibit 1.

Court finds defendant is incompetent to proceed and orders his transport to a facility for competency restoration.

Court directs the United States to submit status reports every 90 days regarding defendant's transportation and placement to a suitable facility designated for his treatment; first status report is due on or before January 12, 2027.

**Order to enter.**

**Filed in Open Court:**
**United States Exhibit 1**